**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TORY BRIDGEFORTH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF GLENWOOD, a Municipal Corporation, DETECTIVE MORACHE SERGEANT PERRY Individually and as agents, servants, and/or employees of the CITY OF GLENWOOD POLICE DEPARTMENT, CITY OF DIXMOOR, a Municipal Corporation and CHIEF S. GRIFFIN individually and as agent of the CITY of DIXMOOR<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 18 CV 7150<br><br>Honorable Jorge L. Alonso |

**<u>REFILED NOTICE OF MOTION</u>**

To: All Counsel of Record

Please take notice that on this 14th day of July 2020 I caused to be filed the Plaintiff's **REFILED** MOTION **TO VOLUNTARILY DISMISS COMPLAINT WITH PREJUDICE**

I, Timothy R. Tyler, state that on July 14, 2020, I filled the above referenced document with the Clerk of the United States District Court for the Central District of Illinois, Urbana Division.

Respectfully Submitted,

/s/Timothy R. Tyler
Counsel for the Plaintiff

Timothy R. Tyler
**TYLER LAW OFFICES P.C.**
120 West Madison -Suite 204
Chicago, Illinois 60602
312-920-1745